Miles M. O'Brien and Others, Respondents, v. Lawrence J. Fitzgerald, Appellant.— Judgment affirmed, with leave to defendant to answer upon payment of costs of appeal and in the court below.—

Van Brunt, P. J.: For the reasons stated in the opinion handed down in the case of *O'Brien* v. *Kursheedt*, decided herewith, the interlocutory judgment appealed from should be affirmed, with leave to the defendant to answer upon payment of the cost of the appeal and in the court below. Follett and Parker, JJ., concurred.

In the Matter of E. Townsend Goldberg, an Attorney.— Judgment is that this attorney be suspended from practice for two years.—

Per Curiam: In this matter the court finds, as a fact, that the attorney altered the undertaking which was used upon the unsuccessful application to the presiding justice; and thereafter, without procuring it to be re-executed or re-acknowledged, used such altered undertaking upon an application for an attachment to a judge of the Court of Common Pleas. Upon this fact, without passing upon the other charges, the court adjudges that the attorney was guilty of professional misconduct. As to the measure of punishment, while it is undoubtedly a case for discipline, it is not — in view of the attorney's youth and inexperience — a case for the extreme penalty of disbarment. That would wreck this young man's entire life. When he fell, he had been admitted to the bar less than a year. He has yet ample time to redeem himself and he should be afforded the opportunity to do so. He will be sufficiently punished and the honor of the profession vindicated by judgment of suspension for a substantial period. The court leaves him the hope of redemption and an incentive to work for its realization. The judgment is that the attorney be suspended from practice for two years. Present — Follett and Barrett, JJ.